AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
Guillermo Garcia-Mendoza

*Defendant(s)*

Case No. 5:25mj1219

FILED
5:34 pm Sep 05 2025
Clerk U.S. District Court
Northern District of Ohio
Akron

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 7-21-2022 through 8-15-22 in the county of Tuscarawas in the Northern District of Ohio , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1028A, 42 U.S.C. § 408(a)(7)(B), and 18 USC § 1015 (e) | Aggravated Identity Theft, Use of False Security Number, and False claim to US Citizenship with intent to obtain benefits/employment |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

BPA Michelle C. Gentzsch, USBP

*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: September 5, 2025

*Judge's signature*

City and state: Cleveland, Ohio

U.S. Magistrate Judge Amanda M. Knapp

*Printed name and title*