FILED
OCT 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:25 CR 0504 |
| GUILLERMO GARCIA-MENDOZA, | ) | Title 18, United States Code, Section 1015(e); Title 42, United States Code, Section 408(a)(7)(B) |
| Defendant. | ) | |

JUDGE CALABRESE

COUNT 1
(False Claim to U.S. Citizenship to Engage Unlawfully in Employment,
18 U.S.C. § 1015(e))

The United States Attorney charges:

1. From on or about July 17, 2022, continuing to on or about August 18, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant GUILLERMO GARCIA-MENDOZA, knowingly made a false statement and claim that he was, or at any time has been, a citizen and national of the United States, with the intent to engage unlawfully in employment in the United States, in violation of Title 18, United States Code, Section 1015(e).

COUNT 2
(False Claim to U.S. Citizenship to Obtain a Federal or State Benefit or Service,
18 U.S.C. § 1015(e))

The United States Attorney further charges:

2. On or about June 8, 2022, in the Northern District of Ohio, Eastern Division, Defendant GUILLERMO GARCIA-MENDOZA, knowingly made a false statement and claim that he was, or at any time has been, a citizen and national of the United States, with the intent to

obtain on behalf of himself, a Federal or State benefit or service, to wit: an Ohio identification card, in violation of Title 18, United States Code, Section 1015(e).

COUNT 3
(Fraudulent Use of a Social Security Number,
42 U.S.C. § 408(a)(7)(B))

The United States Attorney further charges:

3. From on or about July 17, 2022, continuing to on or about August 18, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant GUILLERMO GARCIA-MENDOZA, for the purpose of gaining employment, knowingly and with the intent to deceive, falsely represented a social security account number with the last four digits "7353" to be the social security account number lawfully assigned to him by the Commissioner of Social Security, when in fact such social security account number had not been assigned to him by the Commissioner of Social Security, in violation of Title 42, United States Code, Section 408(a)(7)(B).

DAVID M. TOEPFER
United States Attorney

By: Vasile C. Katsaros
VASILE C. KATSAROS
Chief, General Crimes Unit